# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**EDWIN ZAYAS**

Case Number: 6:06-CR-193-ORL-22DAB

USM Number: 28013-051

Michelle P. Smith, AFPD
201 S. Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers One, Two, Three, Four, Five, Six, Seven, Eight and Nine of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive Urinalysis for Cocaine | October 10, 2007 |
| Two | Positive Urinalysis for Cocaine | January 8, 2008 |
| Three | Failure to submit to urinalysis | January 12, 2008 |
| Four | Failure to submit to urinalysis | February 2, 2008 |
| Five | Positive Urinalysis for Cocaine | February 28, 2008 |
| Six | Failure to submit to urinalysis | March 4, 2008 |
| Seven | Failure to participate in Drug Aftercare Treatment | March 4, 2008 |
| Eight | Failure to submit to urinalysis | March 13, 2008 |
| Nine | Failure to participate in Drug Aftercare Treatment | March 13, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

EDWIN ZAYAS
6:06-CR-193-ORL-22DAB

Date of Imposition of Sentence:

6/3/2008

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

June ___5___, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

EDWIN ZAYAS  
6:06-CR-193-ORL-22DAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **5 Months**. It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____  
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case